Robert H. Scott (ISB # 9735)
**AKERMAN LLP**
170 South Main Street, Suite 950
Salt Lake City, Utah  84101-1648
Telephone: 801.907.6900
Facsimile: 801.355.0294
Email: robert.scott@akerman.com

*Attorney for Defendant Nationstar Mortgage LLC and U.S. Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RHEINSCHILD FAMILY TRUST, | **NATIONSTAR MORTGAGE LLC'S MOTION TO EXPEDITE RULING ON MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiff, | |
| v. | |
| CASPER J. RANKIN; NATIONSTAR MORTGAGE LLC; U.S. BANK, N.A.; and BANK OF AMERICA, N.A., | Case No.:  1:15-cv-00194-EJL |
| Defendants. | Judge Edward J. Lodge |

Nationstar Mortgage LLC (**Nationstar**) respectfully requests an expedited ruling on plaintiff Rheinschild Family Trust's motion for preliminary injunction (Dkt. No. 2).  At the outset of this case, plaintiff moved for a temporary restraining order and preliminary injunction preventing foreclosure on the property at issue.  By stipulation, plaintiff and defendant Casper Rankin, trustee of the deed of trust under which Nationstar is beneficiary, agreed that Rankin would not complete the foreclosure until the Court has ruled on the preliminary injunction requested by plaintiff.  *See* Dkt. No. 12.  That stipulation effectively granted the relief sought by the TRO motion until the Court rules on the preliminary injunction motion.

{36168175;2}

Nationstar filed an opposition to the preliminary injunction motion on July 20, 2015 (Dkt. No. 30) and plaintiff filed a reply in support of that motion on August 6, 2015 (Dkt. No. 34). The preliminary injunction motion is fully briefed and Nationstar requests the Court expedite its ruling so Nationstar can know whether it is free to proceed with foreclosure. As stated in Nationstar's memorandum in opposition, the delay in foreclosure causes Nationstar financial harm.

DATED this 17th day of September, 2015.

                **AKERMAN LLP**

                By: */s/ Robert H. Scott*
                    Robert H. Scott
                    *Attorney for Defendant Nationstar Mortgage LLC and U.S. Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2015 I caused a true and correct copy of the foregoing **NATIONSTAR MORTGAGE LLC'S MOTION TO EXPEDITE RULING ON MOTION FOR PRELIMINARY INJUNCTION** to be filed via the Court's ECF system which provided electronic notice of such filing to all persons registered to receive notice in this case, and to be served on the following persons in the manner indicated below at the following addresses:

| | |
|---|---|
| Thomas J. Angstman | Peter J. Salmon |
| Anthony M. Shallat | Elisa S. Magnuson |
| ANGSTMAN JOHNSON | ALDRIDGE \| PITE LLP |
| 3649 North Lakeharbor Lane | 4375 Jutland Drive, Suite 200 |
| Boise, Idaho  83703 | P.O. Box 17935 |
| tj@angstman.com | San Diego, California  92177-0935 |
| anthony@angstman.com | emagnuson@aldridgepite.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant Casper J. Rankin* |

Kelly Greene McConnell
GIVENS PURSLEY
P.O. Box 2720
Boise, Idaho  83701-2720
litigation@givenspursley.com
*Attorney for Defendant Bank of America, N.A.*

☐      by **E-mail**
☒      by **CM/ECF**
☐      by **Depositing the same in the U.S. Mail, postage prepaid**
☐      by **Hand Delivery**

                                              */s/ Robert H. Scott*